**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JACKSON HMA LLC d/b/a
MERIT HEALTH CENTRAL (HOSPITAL)**                                                         **PLAINTIFF**

**VS.**                                                                                                              **No. 3:23-cv-128-KHJ-MTP**

**HUGO PALACIOS VAZQUEZ, M.D.**                                                        **DEFENDANT**
**a/k/a HUGO PALACIOS**

### MOTION FOR DEFAULT JUDGMENT

Plaintiff, JACKSON HMA LLC d/b/a MERIT HEALTH CENTRAL (HOSPITAL) ("Merit Health"), moves the Court enter a final default judgment against DEFENDANT, HUGO PALACIOS VAZQUEZ, M.D. a/k/a/ HUGO PALACIOS ("Palacios"), pursuant to Federal Rule of Civil Procedure 55(b)(2) for Palacios' failure to plead or otherwise defend against Merit Health's claims within the time required by law. The Clerk's Entry of Default was entered by the United States District Court Clerk on June 9, 2023. [9]. In support of this Motion and the relief sought, Merit Health relies on the following exhibits:

**Exhibit A:**   Affidavit of Merit Health Representative Vince Brummett

**Exhibit B:**   Affidavit of Stephen G. Peresich

**Exhibit C:**   Attorney Affidavits supporting the request for an award of attorneys' fees

Dated this 5th day of September, 2023.

                                           **JACKSON HMA LLC d/b/a MERIT HEALTH
CENTRAL (HOSPITAL)**

                                           BY:/s/ *William V. Westbrook, III*
**WILLIAM V. WESTBROOK, III, MS Bar No. 7119
STEPHEN G. PERESICH MS Bar No. 4114
JOHANNA M. MCMULLAN, MS Bar No. 9901
PAGE, MANNINO, PERESICH &**

1

**MCDERMOTT, P.L.L.C.**
**759 Howard Avenue (39530)**
**Post Office Drawer 289**
**Biloxi, Mississippi 39533-02189**
**Telephone:    228.374.2100**
**Facsimile:    228.432.55389**
**Johanna.mcmullan@pmp.org**
**stephen.peresich@pmp.org**
**cwestbrook@pmp.org**