UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JACKSON HMA LLC, d/b/a					PLAINTIFF
MERIT HEALTH CENTRAL (HOSPITAL)

V.					CIVIL ACTION NO. 3:23-CV-128-KHJ-MTP

M.D. HUGO PALACIOS VAZQUEZ,				DEFENDANT
a/k/a HUGO PALACIOS

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on for hearing at the instance of Plaintiff. The Court has been advised and understands that: all of Plaintiff's claims and causes of action against Defendant have been resolved; Plaintiff wishes to dismiss all of its claims and causes of action against Defendant with prejudice; Defendant has no objection to said dismissal; and, there are no issues remaining to be adjudicated or determined by the Court. The Court, therefore, determines, finds and orders that all of Plaintiff's claims and causes of action against Defendant should be, and are hereby, dismissed with prejudice, with each party to bear its own costs, that this cause should be, and is hereby, dismissed with prejudice and shall be removed from the Court's active docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of Plaintiff's claims and causes of action, and this matter generally, are hereby dismissed with prejudice in their entirety, with each party to bear its own costs, and that this matter shall be removed from the Court's docket.

SO ORDERED AND ADJUDGED, this 7th day of February, 2024.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

/s/ Stephen G. Peresich
William V. Westbrook, III, Esq.
Stephen G. Peresich, Esq.
Johanna M. McMullan, Esq.
PAGE, MANNINO, PERESICH & McDERMOTT, PLLC
759 Howard Avenue (39530)
Post Office Drawer 289
Biloxi, Mississippi 39533-02189

   ATTORNEYS FOR PLAINTIFF


/s/ Richard Norris
Stuart Robinson Jr., Esq.
Richard G. Norris, Esq.
WELLS MARBLE & HURST, PLLC
300 Concourse Blvd, Ste. 200
Ridgeland, Mississippi 39157
Post Office Box 131
Jackson, Mississippi 39205-0131

   ATTORNEYS FOR DEFENDANT